IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEREMY SHAWN SUTHERLAND,** | No. CIV S-05-0532 MCE DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **JEANNE S. WOODFORD, Director, California Department of Corrections,** | |
| Respondent. | |

Defendant has requested an extension of time to respond to Plaintiff's Petition for Writ of Habeas corpus. Good cause appearing,

IT IS HEREBY ORDERED THAT Defendant Jeanne S. Woodford is granted and extension of time of thirty days, up to and including May 21, 2005, to complete and serve her response to Plaintiff's Petition for Writ of Habeas Corpus.

DATED: April 22, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
suth532.eot