UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY SHAWN SUTHERLAND (CDC# T56023)<br><br>　　　　Petitioner,<br><br>vs.<br><br>JEANNE S. WOODFORD, Director, California Department of Corrections,<br><br>　　　　Respondent. | CASE # CIV S-05-0532 MCE DAD P<br><br>ORDER |

Petitioner has requested an extension of time to file his reply brief to his Petition for Writ of Habeas Corpus. Good cause appearing,

IT IS ORDERED THAT Petitioner JEREMY SHAWN SUTHERLAND is granted an extension of time of forty-five days, up to and including August 4, 2005, to complete and serve his reply brief to his Petition for Writ of Habeas Corpus.

DATED: June 29, 2005.

　　　　　　　　　　　　　　　　　　/s/ Dale A. Drozd
　　　　　　　　　　　　　　　　　　DALE A. DROZD
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

DAD:4
suth0532.eot