IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEREMY SHAWN SUTHERLAND,

          Petitioner,          No. CIV S-05-0532 MCE DAD P

    vs.

JEANNE S. WOODFORD,

          Respondent.        <u>ORDER</u>

_____/

        Petitioner has filed his second request for an extension of time to file his reply to respondent's answer pursuant to the court's orders of March 22, 2005 and June 30, 2005.  Good cause appearing, the request will be granted.

        IT IS HEREBY ORDERED that:

        1.  Petitioner's request for an extension of time is granted; and

        2.  Petitioner shall file his reply to respondent's answer on or before September 5, 2005.

DATED: August 22, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
suth0532.111