UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(HONORABLE DALE A. DROZD)

| | |
|---|---|
| JEREMY SHAWN SUTHERLAND (CDC# T56023) | CASE # CIV S-05-0532 MCE DAD P |
| Petitioner, | ORDER |
| vs. | |
| JEANNE S. WOODFORD, Director, California Department of Corrections, | |
| Respondent. | |

Petitioner has requested an extension of time to file his reply brief to his Petition for Writ of Habeas Corpus. Good cause appearing,

IT IS ORDERED THAT Petitioner JEREMY SHAWN SUTHERLAND is granted an extension of time of twenty-one days, up to and including September 26, 2005, to file and serve his reply brief to his Petition for Writ of Habeas Corpus.

DATED: September 14, 2005.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
suth0532.eot3