IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEREMY SHAWN SUTHERLAND,

    Petitioner,                  No. CIV S-05-0532 MCE DAD P

    vs.

JEANNE S. WOODFORD,

    Respondent.                ORDER

_____/

        Petitioner is a state prisoner proceeding with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is represented by counsel Jack Hamlin of San Diego, California.[1] On September 28, 2007, petitioner Sutherland sent a letter to the court inquiring about the status of his case. The Clerk's Office subsequently sent a response to petitioner and his counsel but all mail was returned as undeliverable. According to records from the State Bar of California, Mr. Hamlin is currently on inactive status and his address is the National University in La Jolla, California, which is not the address of record in this case. The court will order petitioner and counsel to clarify whether petitioner is still represented by Mr. Hamlin, and to submit a notice of change of address.

---

[1] Counsel's address of record is 3115 Fourth Avenue, San Diego, CA 92103.

As to the status of petitioner's action, the case is now submitted and in due course, the court will issue its findings and recommendations. Petitioner is informed that because of the court's caseload, a response to inquiries about the status of his case cannot always be provided. As long as the petitioner keeps the court informed of any change of address, no further action is necessary.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to serve this order on petitioner Jeremy Sutherland (CDC # T-56023) at Pelican Bay State Prison, and on counsel Jack Hamlin at National University, 11255 N. Torrey Pines Rd., La Jolla, CA 92037; and

2. Within fifteen days from the service of this order, counsel and petitioner shall inform the court whether petitioner is still represented by counsel, and submit a notice of change of address.

DATED: March 10, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
suth0532.stat