IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEREMY SHAWN SUTHERLAND,

    Petitioner,               No. CIV S-05-0532 MCE DAD P

    vs.

JEANNE S. WOODFORD,

    Respondent.           ORDER

_____/

        Petitioner is a state prisoner proceeding with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 11, 2008, the court ordered petitioner's counsel of record, attorney Jack Hamlin, to inform the court whether he was still representing petitioner and, if so, to submit a notice of change of address.[1] On March 26, 2008, Mr. Hamlin submitted a notice of change of address and association of counsel. Mr. Hamlin states that he "left the active practice of law in early 2006 due to health considerations, having taken a full time position as Assistant Professor at National University, College of Letters and Science."[2] In addition, Mr.

---

[1] Mail sent by the court to Mr. Hamlin's address of record had been returned to the court as undeliverable.

[2] The court presumes this means that Mr. Hamlin is no longer an active member of the State Bar of California. See Local Rule 83-180.

1

1 Hamlin explains that rather than find new counsel for this case, he is now associating with
2 attorney Mark Caruana of Carlsbad, California.  However, Mr. Caruana has not been admitted to
3 practice before this court and a substitution of attorney has not been filed.  The court will order
4 Mr. Hamlin to file a substitution of attorney following Mr. Caruana's admission to the Bar of this
5 court.  See Local Rule 83-182.

6 Accordingly, IT IS HEREBY ORDERED that within thirty days from the service
7 of this order, Jack Hamlin, counsel of record for petitioner, shall file a proper substitution of
8 attorney.

9 DATED: November 24, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

12 DAD:4
suth0532.sub