IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEREMY SHAWN SUTHERLAND,

        Petitioner,              No. CIV S-05-0532 MCE DAD P

    vs.

JEANNE S. WOODFORD,

        Respondent.        ORDER

_____/

        Petitioner has requested a two-week extension of time to file a substitution of attorneys pursuant to the court's order dated March 4, 2009. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's March 18, 2009 request for an extension of time is granted; and

        2. Petitioner is granted fourteen days from the date of this order in which to file a substitution of attorneys.

DATED: March 27, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8:sutherland532.ext