IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEREMY SHAWN SUTHERLAND,

    Petitioner,                    No. CIV S-05-0532 MCE DAD P

   vs.

JEANNE S. WOODFORD,

    Respondent.                 <u>ORDER</u>

                                   /

       Petitioner is a state prisoner proceeding through counsel with this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 20, 2009, a notice of substitution of counsel was filed.

       Good cause appearing, IT IS HEREBY ORDERED that attorney Mark V. Caruana is substituted as counsel for petitioner in place of former counsel Jack B. Hamlin.

DATED: April 29, 2009.

                                               /s/ Dale A. Drozd
                                             DALE A. DROZD
                                             UNITED STATES MAGISTRATE JUDGE

DAD:8
sutherland532.sub